**UNITED STATES DISTRICT COURT**  **CLOSED**
**FOR THE DISTRICT OF NEW JERSEY**

```
_____
                               :
MANUEL CALDERON,               :
                               :    Civil Action No.
            Petitioner,        :    10-3398 (FSH)
                               :
        v.                     :    O R D E R
                               :
ERIC H. HOLDER, JR., et al.,   :
                               :
            Respondents.       :
_____:
```

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; and for the reasons expressed in the Opinion filed herewith,

   **IT IS on this 30th day of August, 2010,**

   **ORDERED** that the Petition is hereby **DISMISSED**; and it is further

   **ORDERED** that such dismissal is without prejudice to Petitioner filing, on his own accord, an application to the Court of Appeals for the Third Circuit (challenging Petitioner's removal) and/or an application in this District challenging Petitioner's detention (in accordance with the guidance provided to Petitioner in the Opinion filed herewith); and it is further

   **ORDERED** that the Clerk shall serve copies of this Order and Opinion filed herewith upon Petitioner; such service shall be executed by regular U.S. mail.  The Clerk shall include in the

mailing a blank habeas application for federal inmates and a blank in forma pauperis application for inmates seeking to initiate habeas proceedings;[1] and it is finally

**ORDERED** that the Clerk of the Court shall close the file on this matter.

/s/ Faith S. Hochberg<br>**Faith S. Hochberg**<br>**United States District Judge**

---

[1] Petitioner is encouraged to utilize these forms in the event Petitioner is not removed to Columbia within his Zadvydas period and Petitioner elects to file another § 2241 application.